DONOVAN J. DUNNION
Attorney At Law
State Bar No. 70713
402 West Broadway, Suite 2700
San Diego, California 92101

(619)231-8688

Attorney for **Defendant**

FILED

08 APR 10 PM 2: 47

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   08MJ0936 |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| v. | |
| ALEJANDRO CONTRERAS | |
| Defendant | |

PLEASE TAKE NOTICE THAT defendant Alejandro Contreras hereby

substitutes DONOVAN J. DUNNION as his counsel of record in place and in

stead of   RICARDO M. GONZALEZ_____.

Dated:   4/04/08_____          _____
                                     Defendant

I CONSENT TO THE ABOVE SUBSTITUTION:
Dated:_____          _____

SUBSTITUTION ACCEPTED:
Dated:   4/07/08_____          _____
                                     DONOVAN J. DUNNION, ESQ.

**IT IS SO ORDERED:**
Dated:   4/10/08_____          _____
                                     HON.
                                     Judge of the U.S. District Court